**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JOSEPH CECIL, Derivatively on Behalf of SHOALS TECHNOLOGIES GROUP, INC.,** | ) | |
| **Plaintiff,** | ) | **Case No. 3:26-cv-00840** |
| **v.** | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE EVANS** |
| **DOMINIC BARDOS, et al.,** | ) | |
| **Defendants.** | ) | |

**<u>ORDER</u>**

The parties' joint motion to stay (Doc. No. 21) is **GRANTED**. Accordingly, this case is **STAYED** and the Clerk is directed to administratively close the file. The case management conference scheduled for September 15, 2026, is **CANCELLED**. The parties shall file a status update within 14 days of any settlement affecting the claims in this case.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE